ACCEPTED
01-15-00341-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 2:19:33 PM
CHRISTOPHER PRINE
CLERK

**CERSONSKY, ROSEN & GARCÍA, P.C.**
ATTORNEYS AND COUNSELORS

1770 St. JAMES PLACE, SUITE 150
HOUSTON, TEXAS 77056-3244
TELEPHONE: (713) 600-8500   FAX: (713) 600-8585

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 2:19:33 PM
CHRISTOPHER A. PRINE
Clerk

May 18, 2015

**Via email (michelle.lopez@hcdistrictclerk.com) & efile**
Michelle Lopez
Post Judgment-Appellate
201 Caroline
Houston, Texas 77002

> Re:   Cause No. 2013-35448-B and 2013-35448 consolidated with 2014-14152; *Elizabeth A. Lousteau and Brett Clanton* v. *Jaime L. Noriega and Sonia A. Noriega v. Elizabeth A. Lousteau and Brett Clanton;* In the 151st Judicial District of Harris County, Texas.

Dear Ms. Lopez,

As discussed, the clerk's record filed with the First Court of Appeals on May 1, 2015 for appellant case number 01-15-00341-CV and May 11, 2015 for appellant case number 01-15-00254-CV was incorrect and needs to be amended immediately. Per your instruction, below is a list of the documents and their image number that are needed for the Amended Clerk's Record in appellate case numbers 01-15-00254-CV and 01-15-00341-CV. Please prepare the corrected clerk's record and send a draft to me before filing with the First Court of Appeals.

**For cause number 2013-35448:**

| DOC. NO. | DESCRIPTION | DATE |
|----------|-------------|------|
| 65067552 | Post Trial Designation of Item for Clerks Record | 04/14/2015 |
| 64968415 | Proposed Order on Defendants' Objection to the Interlocutory Judgment of December 22, 2014 | 04/09/2015 |
| 64968416 | Proposed Order on Defendants' Objections to the Consolidation and Sua Sponte Severance Orders of February 13, 2015 | 04/09/2015 |
| 64664972 | Notice of Appeal | 03/16/2015 |
| 64588964 | Defendants' Objection to the Interlocutory Judgment of December 22, 2014 | 03/11/2015 |

| DOC. NO. | DESCRIPTION | DATE |
|---|---|---|
| 64588966 | Notice of Submission | 03/11/2015 |
| 64588968 | Defendants' Objection to the Consolidation and Sua Sponte Severance Orders of February 13, 2015 | 03/11/2015 |
| 64588970 | Notice of Submission | 03/11/2015 |
| 64240766 | Order Signed Consolidating Case<br>Order Signed Granting Preferential Trial Setting<br>Order Signed Granting Referral to Mediation | 02/13/2015 |
| 65084715 | Severance Order Signed, Party Removed | 02/13/2015 |
| 63145693 | Order Signed Setting Aside Final Judgment | 11/07/2014 |
| 58061523 | Order Signed Consolidating case | 10/17/2013 |
| 56934343 | Interlocutory Default Judgment | 08/12/2013 |
| 56945817 | Severance Order Signed, party removed | 08/12/2013 |
| 56854754 | Proposed Order on Motion to Sever | 08/06/2013 |

**For cause number 2013-35448-B:**

| DOC. NO. | DESCRIPTION | DATE |
|---|---|---|
| 65354504 | Defendants' Motion to set Superssedaeas Bond | 05/08/2015 |
| 65354506 | Notice of Submission | 05/08/2015 |
| 65354505 | Proposed Order on Defendants' Motion to Set Supersedeas Bond | 05/08/2015 |
| 65067553 | Post Trial Designation of Items for Clerk's Record | 04/14/2015 |
| 64968417 | Proposed Order on Defendants' Objections to the Consolidation and Su Sponte Severance Orders of February 13, 2015 | 04/09/2015 |
| 64664975 | Proposed Order on Defendants' Objections to the Consolidation and Sua Sponte Severance Orders of February 13, 2015 | 04/09/2015 |
| 64968418 | Notice of Appeal | 03/16/2015 |
| 64587672 | Order Signed Granting in Part Case Consolidation see Order<br>Order Signed Setting Aside Order | 03/11/2015 |

| DOC. NO. | DESCRIPTION | DATE |
|---|---|---|
| 64589050 | Defendants' Objection to the Consolidation and Sua Sponte Severance Orders of February 13, 2015 | 03/11/2015 |
| 64589051 | Notice of Submission | 03/11/2015 |
| 65084715 | Judgment (Signed) for Plaintiff on Jury Verdict | 02/13/2015 |
| 64430051 | Order Depositing Funds into Registry Signed | 01/21/2015 |
| 64430052 | Defendants' Motion to Modify Interlocutory Judgment | 01/21/2015 |
| 64430053 | Exhibit A | 01/21/2015 |
| 64430054 | Exhibit B | 01/21/2015 |
| 64430055 | Exhibit C | 01/21/2015 |
| 64430056 | Exhibit D | 01/21/2015 |
| 64430057 | Exhibit E | 01/21/2015 |
| 64430066 | Defendants' Emergency Motion to Delay Enforcement of Provision in Interlocutory Judgment or to Set a Supersedeas Bond for the Value of the Deed to 314 Goldenrod or to Permit Placement of the Deed into the Registry of the Court | 01/20/2015 |
| 64430067 | Exhibit A | 01/20/2015 |
| 64430068 | Exhibit B | 01/20/2015 |
| 64430058 | Partial Judgment Signed for Plaintiff (Jury) | 12/22/2014 |
| 64430092 | Jury Charge | 11/07/2014 |
| 64430093 | Question(s) from the Jury During Deliberation | 11/07/2014 |
| 64430146 | Plaintiff s Proposed Jury Charge | 10/31/2014 |
| 64430107 | Signed order Granting Motion for Leave | 09/10/2014 |
| 64430152 | Signed Order Denying Motion to Strike | 09/02/2014 |
| 64430140 | Defendants' Motion for Leave to File Pleading after the Pleading Deadline | 08/28/2014 |

| DOC. NO. | DESCRIPTION | DATE |
|----------|-------------|------|
| 64430143 | Defendants' Third Amended Answer | 08/28/2014 |
| 64430197 | Plaintiffs' Motion to Strike Defendants Amended Pleadings | 08/24/2014 |
| 64430165 | Defendant Second Amended Answer, Affirmative Defenses and Counterclaim for Declaratory Relief | 07/23/2014 |
| 64430277 | Plaintiffs' 1st Supplemental Petition to Plaintiffs' 1st Amended Petition for Bill of Review and Suit for Declaratory Relief | 06/23/2014 |
| 64430422 | Signed Temporary Injunction | 04/15/2014 |
| 64430427 | Plaintiffs' 1st Amended Petition for Bill of Review, Application for Injunctive Relief, and Suit for Declaratory Relief | 04/14/2014 |

Please also reimburse our firm for any documents included on the last record that were not specifically requested by our firm. Also, please do not rebill us for documents that you have already placed in the incorrect clerk's record.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

*/s/ Marianne G. Robak*
Marianne G. Robak

cc:     First Court of Appeals *efile*
        SJ Swanson *e-service*